# NO. 12-09-00222-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *A.N.T. AND H.M.L., #2* | § | *COUNTY COURT AT LAW* |
| *MINOR CHILDREN* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

Pansy Leavings appeals the trial court's orders finding her in contempt for failing to pay child support for A.N.T. and H.M.L., her children. In six issues, Leavings argues that the trial court's contempt orders should be reversed. We dismiss for want of jurisdiction.

## CONTEMPT ORDERS

Leavings seeks a direct appeal of contempt orders regarding her two children. She raises no issues related to any matters other than the contempt orders. A contempt order is reviewable only by a petition for writ of habeas corpus (if the person in contempt is confined) or a petition for writ of mandamus (if no confinement is involved). *Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied) (citing *In re Long*, 984 S.W.2d 623, 625 (Tex. 1999) (orig. proceeding)). We have no jurisdiction to review contempt orders by direct appeal. *Tex. Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983); *Ex parte Cardwell*, 416 S.W.2d 382, 384 (Tex. 1967) (orig. proceeding); *Wagner v. Warnasch*, 156 Tex. 334, 339, 295 S.W.2d 890, 893 (1956).

## DISPOSITION

Because we have no jurisdiction to review contempt orders by direct appeal, the appeal is *dismissed* for want of jurisdiction.

**B**RIAN **H**OYLE
Justice

Opinion delivered June 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)